AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Pablo Gaitan | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) Civil Action No. 0:25-cv-61925-WPD | |
| Angus Steakhouse, Inc., et al. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Adriana A. Gorosito

7440 SW 50 TERR
SUITE 106
MIAMI, FL 33155


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Zandro E. Palma, P.A.
9100 S. Dadeland Blvd.
Suite 1500
Miami, FL 33156
Tel: 305-446-1500


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 25, 2025



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ B. Chin
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the  
Southern District of Florida

| Pablo Gaitan | ) |
|---|---|
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 0:25-cv-61925-WPD |
| Angus Steakhouse, Inc., et al. | ) |
| *Defendant(s)* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Angus Steakhouse, Inc. through its Registered Agent:

CCS REPRESENTATIVES LLC  
20200 W DIXIE HWY  
STE 707  
MIAMI, FL 33180

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Zandro E. Palma, P.A.  
9100 S. Dadeland Blvd.  
Suite 1500  
Miami, FL 33156  
Tel: 305-446-1500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 25, 2025



Angela E. Noble  
Clerk of Court

**SUMMONS**

*s/ B. Chin*  
Deputy Clerk  
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Pablo Gaitan <br><br> *Plaintiff(s)* <br> v. <br> Angus Steakhouse, Inc., et al. <br><br> *Defendant(s)* | Civil Action No. 0:25-cv-61925-WPD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Martin A. Garcia Casal

20200 W DIXIE HWY
STE 707
MIAMI, FL 33180

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Zandro E. Palma, P.A.
9100 S. Dadeland Blvd.
Suite 1500
Miami, FL 33156
Tel: 305-446-1500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 25, 2025



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ B. Chin

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Pablo Gaitan | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) Civil Action No. 0:25-cv-61925-WPD | |
| Angus Steakhouse, Inc., et al. | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Moo! Meat Art Corp through its Registered Agent:

PREFERRED ACCOUNTING SERVICES, INC.
7440 SW 50TH TER UNIT 106
MIAMI, FL 33155


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Zandro E. Palma, P.A.
9100 S. Dadeland Blvd.
Suite 1500
Miami, FL 33156
Tel: 305-446-1500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 25, 2025



Angela E. Noble
Clerk of Court

**SUMMONS**

s/ B. Chin
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the  
Southern District of Florida

| | | |
|---|---|---|
| Pablo Gaitan | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) Civil Action No. 0:25-cv-61925-WPD | |
| Angus Steakhouse, Inc., et al. | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Osmany Estopinan

        7440 SW 50 TERR  
        SUITE 106  
        MIAMI, FL 33155

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Zandro E. Palma, P.A.  
        9100 S. Dadeland Blvd.  
        Suite 1500  
        Miami, FL 33156  
        Tel: 305-446-1500

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Sep 25, 2025



Angela E. Noble  
Clerk of Court

**SUMMONS**

s/ B. Chin  
Deputy Clerk  
U.S. District Courts